

**IT IS ORDERED as set forth below:**

Date: October 1, 2021

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ANGELA ALEXANDRA CADENA-LITTLE, | CASE NO. 16-55226-PWB |
| Debtor. | CHAPTER 7 |
| TAMARA MILES OGIER AS CHAPTER 7 TRUSTEE, | |
| Plaintiff, | |
| v. | ADVERSARY PROCEEDING NO. 18-5015-PWB |
| STEVEN A. LITTLE, et al., | |
| Defendants. | |

ORDER AND NOTICE OF STATUS CONFERENCE

On November 27, 2019, the Court entered an Order staying this adversary proceeding due to the filing of a bankruptcy case by one of the Defendants, Steven A. Little.  In case 19-68348-PWB, Mr. Little received a discharge, the chapter 7 trustee filed a report of no distribution, and the case was closed on January 28, 2021.

In her Interim Report for the period ending June 30, 2021, the Trustee notes in the category, Major Activities affecting case closing: "Trustee has filed an adversary proceeding to sell jointly titled property pursuant to 11 U.S.C. § 363(h), but the Debtor spouse filed a chapter 7.  Trustee is working to determine whether sufficient equity still exists to sell the property."  Given the length of time this case and proceeding have been pending, it is appropriate to conduct a status conference.  Accordingly, it is

ORDERED AND NOTICE IS HEREBY GIVEN that the Court shall hold a status conference on **November 4, 2021**, at **10:00 a.m**.  The hearing shall be conducted via Zoom.gov using Judge Bonapfel's Virtual Hearing Room.  A link to connect to Judge Bonapfel's Virtual Hearing Room is available on his webpage at https://www.ganb.uscourts.gov/content/honorable-paul-w-bonapfel.  Please join the virtual room 10 minutes prior to the hearing. If you experience difficulty in connection, please contact the law clerk via email at Beth_Harrill@ganb.uscourts.gov or by telephone at (404) 215-1020.

**END OF ORDER**

**Distribution List**

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld PC
P. O. Box 1547
Decatur, GA 30031

Kathleen Steil
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, GA 30031

Steven A. Little
9117 Fairfield Approach
Jonesboro, GA 30236

Andres H. Sandoval
United States Attorney's Office
Suite 600
75 Ted Turner Drive SW
Atlanta, GA 30303

Kathlyn Flora Ibrahim Fouad Khashan
LOGS Legal Group LLP
Suite 300
211 Perimeter Center Parkway, N.E.
Atlanta, GA 30346