

**IT IS ORDERED as set forth below:**

**Date: March 8, 2022**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN THE MATTER OF: | :CASE NUMBERS: |
|---|---|
|  | : |
| ANGELA ALEXANDRA CADENA-LITTLE, | :BANKRUPTCY CASE |
|  | :NO. 16-55226-PWB |
| Debtor. | :CHAPTER 7 |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |
| TAMARA MILES OGIER AS CH 7 TRUSTEE, | : |
|  | :ADVERSARY CASE |
| Plaintiff, | :NO.   18-5015-PWB |
| v. | : |
| ANGELA ALEXANDRA CADENA-LITTLE, et al., | : |
|  | : |
| Defendants. | : |

### ORDER AND NOTICE OF ASSIGNMENT OF TRIAL

**NOTICE IS HEREBY GIVEN** that the trial on the complaint, in the above-styled matter, shall be held **In-Person**, in Courtroom **1401**, United States Courthouse, Richard B. Russell Bldg., 75 Ted Turner Drive, S.W., Atlanta, GA, at **10:00 A.M.**, on Monday, **May 2, 2022**.

If the parties determine that, by reason of settlement or other good cause, the case should not be tried, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since this matter is specially set.

Said trial will not be rescheduled except by express permission of the judge. The Clerk is directed to serve Plaintiff and Plaintiff's Counsel, Defendant and Defendant's counsel.

END OF ORDER