**IT IS ORDERED as set forth below:**



**Date: April 26, 2022**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 16-55226-PWB |
| ANGELA ALEXANDRA CADENA-LITTLE, | CHAPTER 7 |
| Debtor. | JUDGE BONAPFEL |
| TAMARA MILES OGIER as Chapter 7 Trustee, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 18-5015 |
| v. | |
| ANGELA ALEXANDRA CADENA-LITTLE, STEVEN A. LITTLE, et. al., | |
| Defendants. | |

## ORDER DENYING MOTION FOR EXTENSION OF TIME

A trial in this adversary proceeding, which has been pending for over four years, is scheduled for May 2, 2022. Steven A. Little, a defendant in this action, requests additional time to prepare and a rescheduling of the trial. [Doc. 85].  For the reasons stated herein, the motion is denied.

In this adversary proceeding, No. 18-5015-PWB, Tamara Miles Ogier, the chapter 7 trustee in the case of Angela Alexandra Cadena-Little, seeks an order under 11 U.S.C. § 363(h) to sell the interests of both Ms. Cadena-Little and her former husband, Steven A. Little, in a residence they own as joint tenants with right of survivorship, 9117 Fairfield Approach, Jonesboro, Georgia.  After a trial on this issue on November 8, 2019, the Court took the matter under advisement.

On November 14, 2019, Mr. Little filed a petition for relief under chapter 7 in this Court, Case No. 19-68348.  The filing of Mr. Little's petition operated as an automatic stay of this adversary proceeding and the Court by order entered on November 27, 2019, stayed this adversary proceeding to permit Mr. Little's trustee to have the opportunity to participate in the adversary proceeding and be heard with regard to the relief that Trustee Ogier seeks.

Mr. Hays did not move to intervene in this proceeding.  He filed a Report of No Distribution in Mr. Little's bankruptcy case on September 30, 2020.  Mr. Little received a discharge on January 28, 2021.  The closing of Mr. Little's bankruptcy case without administration of whatever rights he has in the real property that is the subject of this adversary proceeding resulted in the revesting of those rights in him.  11 U.S.C. § 554(c).

On November 4, 2021, the Court conducted a status conference at which Mr. Little appeared and participated. On November 29, 2021, the Court entered an order terminating the stay in this proceeding and returning it to active status.

The November 4, 2021 status conference and the November 29, 2021 Order put Mr. Little on notice that this case would proceed to trial. The Order explained that the stay was terminated "so that Trustee Ogier's claims with regard to the sale of the property may be resolved." [Doc. 68 at 3]. It further permitted both parties to put forth additional evidence and legal argument which they both did.

On February 15, 2022, the Court reopened the evidence to permit the parties to present evidence regarding "the current situation" of the house. [Doc. 78 at 3]. Again, by reopening the evidence, Mr. Little was on notice that this proceeding was on a forward trajectory and that he needed to gather evidence to rebut the Trustee's case.

On March 3, 2022, the Court conducted a status conference at which Mr. Little appeared and participated. The Court, at that time, announced a trial date of May 2, 2022, to give the parties ample time to prepare.

This proceeding has been pending for four years. Notwithstanding a trial conducted on November 8, 2019, intervening events, most notably Mr. Little's bankruptcy filing, have delayed resolution on the merits. Mr. Little has been on notice since at least November 4, 2021 that this case would proceed. The Court emphasized at the March 3, 2022 status conference that "it's time for this case to move" and encouraged him to concentrate on preparing his defense and gathering admissible evidence, as necessary, for a trial to be conducted two months later.

3

The Court concludes that Mr. Little has failed to show a basis for an extension of time or delay of this trial. Accordingly, it is

ORDERED that the motion for extension of time is denied.

**End of Order**

**Distribution List**

Allen P. Rosenfeld
Ogier Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

Steven A. Little
9117 Fairfield Approach
Jonesboro, GA 30236