**IT IS ORDERED as set forth below:**



**Date: December 21, 2022**

_____
      **Paul W. Bonapfel**
    **U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 16-55226-PWB |
| ANGELA ALEXANDRA CADENA-LITTLE, | CHAPTER 7 |
| Debtor. | JUDGE BONAPFEL |
| TAMARA MILES OGIER as Chapter 7 Trustee, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 18-5015 |
| v. | |
| ANGELA ALEXANDRA CADENA-LITTLE, STEVEN A. LITTLE, et. al., | |
| Defendants. | |

### ORDER OF DISMISSAL AS TO STEVEN A. LITTLE

     Before the Court is the Trustee's motion to dismiss this proceeding with prejudice as to Mr. Steven A. Little only. There being no objections, it is

ORDERED that the motion is granted. This proceeding is dismissed with prejudice as to the Defendant, Steven A. Little, only.

**[End of Order]**

Distribution List,

Allen P. Rosenfeld
Ogier Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

Steven A. Little
9117 Fairfield Approach
Jonesboro, GA 30236